# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAW TECHNOLOGIES INC. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:26-cv-11124 |
| | ) |
| BROOKE HERNANDEZ and | ) |
| PROBROKER LLC | ) |
| | ) |
|     Defendants. | ) |

## CERTIFICATION OF SERVICE

I hereby certify that on March 6, 2026, Brooke Hernandez, individually and in her capacity as registered agent of ProBroker LLC, was served in accordance with Fed. R. Civ. P. 4(c), 4(e)(2)(A), and 4(h)(1)(B), by personally receiving, in hand, the summons issued in this action, a copy of the Complaint together with Exhibit A, the Civil Cover Sheet and Category Form (ECF 1), Plaintiff's Motion for Preliminary Injunction and Proposed Order (ECF 2), and Plaintiff's Memorandum in Support of the Motion for Preliminary Injunction (ECF 3). The summons, Complaint, and Motion for Preliminary Injunction and memorandum of law were delivered to Ms. Hernandez by Kevin Whitton, a person who is at least 18 years old and not a party to this Action. An affidavit proving service will be forthcoming.

                                            Respectfully Submitted,

                                            */s/ Erik W. Weibust*
                                            Erik W. Weibust (BBO #663270)
                                            Adam R.D. Paine (BBO #697246)
                                            Epstein, Becker & Green, P.C.
                                            One Financial Center, Suite 1520
                                            Boston, MA 02111
                                            Tel: (617) 603-1090
                                            eweibust@ebglaw.com
                                            apaine@ebglaw.com

Date: March 9, 2026                              *Counsel for Plaintiff Saw Technologies Inc.*